PROB 35

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

Case No. 15-cr-122-wmc-3

Hannah J. Hovick

    On April 22, 2016, Hannah J. Hovick appeared before Your Honor after having pled guilty to conspiracy to distribute 100 grams or more of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846. She was sentenced to a 30-month term of imprisonment, to be followed by a three-year term of supervised release. On February 3, 2017, Ms. Hovick's sentence was amended to time-served, effective February 14, 2017. The term of supervised release remained unchanged. On February 14, 2017, Ms. Hovick's term of supervised release commenced.

    Ms. Hovick has made a positive adjustment to supervision. She has maintained a stable residence and steady employment during her entire term of supervised release. On May 9, 2018, she paid her $100 special assessment. There have been no violations of her supervision conditions.

    Ms. Hovick has embraced community support groups and living a sober lifestyle. All 36 of Ms. Hovick's drug and alcohol tests have been negative. She has attended weekly Alcohol Anonymous (AA) meetings; maintained regular contact with her sponsor; participated in AA conventions and outdoor activities; and started a women's Big Book group in Eau Claire, Wisconsin. Ms. Hovick has worked hard to repay the debts that resulted from her addictive lifestyle and has made amends to others in accordance with the AA 12-Step process. Ms. Hovick is currently an AA sponsor for three women. She expects to continue to serve as a positive role model for others trapped in addiction.

    Ms. Hovick has complied with the rules and regulations of her supervised release and does not appear to need further supervision by our office. Accordingly, it is recommended that Hannah J. Hovick be discharged from her term of supervised release forthwith.

    Assistant U.S. Attorney Timothy O'Shea has no objection to this recommendation.

Respectfully submitted,
/s/
_____
Traci L. Jacobs
Senior U.S. Probation Officer

PROB 35

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Hannah J. Hovick be discharged from supervised release and that the proceedings in this case be terminated.

Dated this 22nd day of January, 2019.

*signature*

Honorable William M. Conley
U.S. District Judge